■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE SANTOS, Appellant.—Judgment, Supreme Court, New York County (James Leff, J.) rendered May 31, 1989, convicting defendant, after jury trial, of attempted robbery in the first degree and sentencing him, as a second violent felony offender, to an indeterminate term of imprisonment of 7 to 14 years, unanimously affirmed.

Defendant's challenge to the court's instructions on the elements of robbery in the first degree and the court's response to a jury note which sought clarification of whether defendant must have intended to physically injure as well as forcibly steal is unpreserved for review as a matter of law (CPL 470.05 [2]; *People v Thomas*, 51 NY2d 466). In any event, review in the interest of justice is unwarranted, as we perceive no error on this record. Concur—Murphy, P. J., Milonas, Ross, Asch and Rubin, JJ.